UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mezanur Rahaman, et al.,

          Plaintiff(s),          Case No. 25-cv-11925

v.          Honorable Matthew F. Leitman

General Motors LLC          Magistrate Judge Curtis Ivy, Jr.

          Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. **25-cv-10479**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Shalina D. Kumar** and Magistrate Judge **Kimberly G. Altman**.

          s/Matthew F. Leitman
          Matthew F. Leitman
          United States District Judge

          s/Shalina D. Kumar
          Shalina D. Kumar
          United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: July 7, 2025          s/ S Schoenherr
          Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Shalina D. Kumar